1  Marc V. Kalagian
   Attorney at Law: 149034
2  Law Offices of Rohlfing & Kalagian, LLP
   211 East Ocean Boulevard, Suite 420 Long Beach, CA 90802
3  Tel.: (562)437-7006
   Fax: (562)432-2935
4  E-mail: rk_sslaw@speakeasy.net

5  Attorneys for Plaintiff Monica Sosa

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MONICA SOSA, | Case No.: CV 09-03781 RZ |
| Plaintiff, | [PROPOSED] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to ~~Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights,~~ Plaintiff the amount of ONE THOUSAND FIVE HUNDRED DOLLARS ($1,500.00), as authorized by 28 U.S.C. § 2412(d).~~, subject to the terms of the above-referenced Stipulation.~~

DATE: October 19, 2010

_____
THE HONORABLE RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE

-1-